**DENY; and Opinion Filed July 14, 2017.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00812-CV

### IN RE ENSERCA ENGINEERING, LLC, Relator

**Original Proceeding from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-03624-2015**

## MEMORANDUM OPINION

Before Justices Lang, Lang-Miers, and Brown
Opinion by Justice Lang-Miers

Before the Court is relator's July 14, 2017 petition for writ of mandamus in which relator complains of the trial court's denial of counsel's motion to withdraw as counsel. To be entitled to mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relator has not shown it is entitled to the relief requested. Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

170812F.P05